# Court of Appeals
# of the State of Georgia

ATLANTA,____May 19, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1643.  CLAYTON COUNTY BOARD OF EDUCATION v. NEEIFE
UKABAM.**

Clayton County Board of Education filed this direct appeal seeking review of the trial court's order affirming the decision of the Georgia State Board of Education. We lack jurisdiction.  An appeal from a decision of the superior court reviewing a decision of a local administrative agency must be taken by application for discretionary appeal.  OCGA § 5-6-35(a)(1).  Because Clayton County Board of Education failed to follow the discretionary appeal procedure as required, this appeal is ordered DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,____05/19/2016____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*